**In the United States District Court
for the District of Kansas**

**United States of America**,
          Plaintiff,

v.                                      Case No. 23-10130-01-EFM

**Marvin R. Crosby**,
          Defendant.

## Order Modifying Conditions of Release

Now on this 13th day of March 2024, the above matter comes before the Court upon the motion of Marvin Crosby, through counsel, David Freund, Assistant Federal Public Defender for the District of Kansas, for an order modifying Mr. Crosby's conditions of release. Mr. Crosby asks the court to modify his conditions of release by removing the condition of home confinement with location monitoring.

On January 22, 2022, the Court ordered Mr. Crosby's release with Pretrial Supervision and set conditions of release. D.E. 10, 11. Among the conditions of release were home confinement with location monitoring and a curfew. D.E. 11. Mr. Crosby's release was stayed until January 23, 2024, to allow installation of location monitoring equipment. D.E. 11. Mr. Crosby has complied with his conditions of release, including home confinement and has provided all required documentation for medical appointments to his supervising US Probation Officer.

2

Senior United States Probation Officer Jason Jordan, who is currently supervising Mr. Crosby, has been contacted regarding this requested modification. Mr. Jordan supports the requested modification.

Counsel for the government, Matt Treaster, Assistant United States Attorney, does not object to the requested modification.

It is therefore ordered that Mr. Crosby's conditions of release are modified to remove the condition of home confinement with location monitoring. Mr. Crosby shall follow the conditions of release previously imposed, including the previously imposed curfew, and appear as ordered by the Court.

So ordered on this 13th day of March 2024.

_____
GWYNNE E. BIRZER
UNITED STATES MAGISTRATE JUDGE